

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Wisconsin

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Osmar VENEJAS-MEJIA | )    Case No.   25-932M(NJ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

**To:**    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Osmar VENEJAS-MEJIA ,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment    ❐ Superseding Indictment    ❐ Information    ❐ Superseding Information    ☑ Complaint

❐ Probation Violation Petition    ❐ Supervised Release Violation Petition    ❐ Violation Notice    ❐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846, & 843(b) & 18 U.S.C. § 2(a): Distribution of, and Possession with Intent to Distribute, Controlled Substances; Attempt and Conspiracy to commit violations of Controlled Substances Offenses, including to Distribute and Possess with Intent to Distribute Controlled Substances; Use of Communications Facilities to Facilitate Controlled Substance Felonies; and Aiding and Abetting the same.

8 U.S.C. § 1326: Reentry of Removed Aliens

Date:    05/28/2025

                                                *Issuing officer's signature*

City and state:    Milwaukee, Wisconsin

                                 Nancy Joseph, U.S. Magistrate Judge

                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/28/25 , and the person was arrested on *(date)* 05/29/25 at *(city and state)* Milwaukee, WI . |
| Date: 05/29/25           *Arresting officer's signature* |
|           TFO Luke Hepp |
|           *Printed name and title* |